UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**Clerk's Minutes**
**Before the Honorable James O. Browning**

**CASE NO.**    CIV 21-0710 JB/LF           **DATE:** 1/6/2023

**TITLE:**    *Courthouse News Service v. New Mexico Administrative Office of the Courts, et al.*

**COURTROOM CLERK:** L. Rotonda      **COURT REPORTER:**   J. Bean

**COURT IN SESSION:**  2:28 PM        **TOTAL TIME:**  0:17

**TYPE OF PROCEEDING:**  STATUS CONFERENCE/SCHEDULING CONFERENCE

**COURT RULING/DISPOSITION:**          SEE BELOW

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**     **ATTORNEYS PRESENT FOR DEFENDANT(S):**

  Greg Williams                                Erin Lecocq
  John Fetterly                                Karl Rysted

**PROCEEDINGS:**

**COURT IN SESSION: 2:28 PM**

**COURT:** CALLS CASE, COUNSEL ENTER APPEARANCES. QUERIES COUNSEL AS TO WHETHER ANY MATTERS NEED TO BE TAKEN UP BEFORE DISCUSS DATES AND DEADLINES, COUNSEL RESPOND TO SAME.

PROVIDES DATES AND DEADLINES TO BE CONTAINED IN SCHEDULING ORDER. AS INSTANT MATTER IS CIVIL, CAN USUALLY GO ALONG WITH PARTIES' AGREED EXTENSIONS, DIRECTS TO CONTACT IF THERE ARE ANY ISSUES. EXPLAINS HOW HANDLES TRAILING DOCKET, DIRECTS COUNSEL TO CONTACT CRD IF MATTER APPEARS TO BE GOING TO TRIAL TO DISCUSS SCHEDULING. IF PREFER DIFFERENT MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE LET COURT KNOW. EXPLAINS HOW HANDLES DISCOVERY. SUGGESTS POST- MEET AND CONFER PRE-MOTION CONFERENCES - DOES NOT REQUIRE. IF FILE EARLY MOTIONS, CALL CRD FOR HEARING ASAP. IF NEED *DAUBERT* DEADLINES

AND CANNOT AGREE LET COURT KNOW TO GET RESOLVED – PREFER TO HAVE *DAUBERT* ISSUES RESOLVED BEFORE TRIAL.

ANYTHING FURTHER? COUNSEL INFORM THERE IS NOT.

**COURT IN RECESS: 2:45 PM**