# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

### SETTLEMENT CONFERENCE BEFORE
### <u>MAGISTRATE JUDGE LAURA FASHING</u>

Caption:     *Courthouse News Service v. New Mexico Administrative Office of the Courts et al*
             1:21-cv-00710-JB-LF


Date:        Tuesday, October 10, 2023 at 9:00 a.m. via Zoom


<u>Appearances for Plaintiff</u>:                 <u>Appearances for Defendants</u>:

Gregory P Williams                       Mark Walsh Allen
John K. Edwards                          Erica Elizabeth Schiff
Katherine Keating
Jonathan G Fetterly


<u>Plaintiff(s) in Attendance</u>:              <u>Defendant(s) in Attendance</u>:

William (Bill) Girdner, Publisher of     Celina Jones, General Counsel,
Courthouse News Service                  Administrative Office of the Courts

<u>Others Attending</u>:



____**Case settled.   Per order filed concurrently, closing documents due on** Click here to enter a date.**.**


____**Case did not settle.**


  X   **Settlement efforts will continue until Tuesday, October 31, 2023, at 5:00 pm.   The parties agree that the Court may continue to have ex parte conversations with both sides as necessary to attempt to achieve a settlement.   The parties will update the Court by email to [FashingChambers@nmd.uscourts.gov](mailto:FashingChambers@nmd.uscourts.gov) to apprise the Court of the status of negotiations no later than 5:00 pm MST on October 31, 2023.**


  X   **Time in Conference =**   6.0   **hours.**