IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| COURTHOUSE NEWS SERVICE,<br><br>      Plaintiff,<br><br>v.<br><br>NEW MEXICO ADMINISTRATIVE OFFICE OF THE COURTS; ADMINISTRATIVE OFFICE DIRECTOR ARTHUR W. PEPIN; NEW MEXICO FIRST JUDICIAL DISTRICT COURT CLERK'S OFFICE; and the FIRST JUDICIAL DISTRICT COURT CLERK KATHLEEN VIGIL<br><br>      Defendants. | Civil Action No. 1:21-cv-00710-JB-LF |

**STIPULATION FOR DISMISAL WITH PREJUDICE OF DEFENDANTS ADMINISTRATIVE OFFICE DIRECTOR ARTHUR W. PEPIN, NEW MEXICO FIRST JUDICIAL DISTIRCT COURT CLERK'S OFFICE, AND FIRST JUDICAIL DISTRICT COURT CLERK KATHLEEN VIGIL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate for the dismissal with prejudice of the following defendants: (1) Administrative Office Director Arthur W. Pepin; (2) New Mexico First Judicial District Court Clerk's Office; and (3) First Judicial District Court Clerk Kathleen Vigil, including all claims and causes of action as to each of them.[1]

[*Signatures on following page*]

---

[1] The remaining defendant, New Mexico Administrative Office of the Courts, is a party to the concurrently-filed Consent Judgment.

1

PEIFER, HANSON, MULLINS & BAKER, P.A.

By: */s/ Gregory P. Williams*
    Gregory P. Williams
P.O. Box 25245
Albuquerque, NM 87125-5245
Tel: (505) 247-4800
Email: gwilliams@peiferlaw.com

- and –

JACKSON WALKER L.L.P.

By: */s/ John K. Edwards*
    John K. Edwards
Texas Bar No. 24002040
Email: jedwards@jw.com
Charles L. Babcock
Texas Bar No. 01479500
Email: cbabcock@jw.com
1401 McKinney, Suite 1900
Houston, Texas 77010
Tel: (713) 752-4200

- and –

BRYAN CAVE LEIGHTON PAISNER LLP

By: */s/ Jonathan G. Fetterly*
    Jonathan G. Fetterly
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4070
Tel: (415) 675-3451
Email: jon.fetterly@bclplaw.com

*Attorneys for Plaintiff Courthouse News Service*

NEW MEXICO OFFICE OF THE ATTORNEY GENERAL

By: *Mark W. Allen*
    Mark W. Allen
    Erica Schiff
    Jeffrey Herrera
    Assistant Attorneys General
Post Office Drawer 1508 (87504-1508)
408 Galisteo St.
Santa Fe, NM 87501
Tel.: (505) 490-4060
Fax: (505) 490-4881
nsydow@nmag.gov
mallen@nmag.gov
vamada@nmag.govjherrera@nmag.gov

*Attorneys for Defendants New Mexico Administrative Office of the Courts, Director Arthur W. Pepin, New Mexico First Judicial District Court Clerk's Office, and the First Judicial District Court Clerk Kathleen Vigil*