IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| COURTHOUSE NEWS SERVICE,<br><br>Plaintiff,<br><br>v.<br><br>NEW MEXICO ADMINISTRATIVE OFFICE OF THE COURTS; ADMINISTRATIVE OFFICE DIRECTOR ARTHUR W. PEPIN; NEW MEXICO FIRST JUDICIAL DISTRICT COURT CLERK'S OFFICE; and the FIRST JUDICIAL DISTRICT COURT CLERK KATHLEEN VIGIL<br><br>Defendants. | Civil Action No. 1:21-cv-00710-JB-LF |

## JOINT STATUS REPORT AND REQUEST FOR REMOTE APPEARANCE

On November 22, 2024, the Court scheduled a Status Conference for December 11, 2024. (Dkt. 127). While the Court's order does not specify the reason for the Status Conference, the Parties suspect it may relate to the Court's prior request for a proposed final judgment.

On September 30, 2024, the Court's Courtroom Deputy sent an email to counsel for Plaintiff, Greg Williams, explaining the need for the parties to prepare and submit a proposed final judgment. Mr. Williams promptly forwarded that email to co-counsel of record for Plaintiffs. The undersigned counsel for Plaintiff, Mr. Fetterly, volunteered to take the lead in preparing the proposed final judgment and coordinating with counsel for Defendants. However, the undersigned counsel for Plaintiff did not do so promptly. For that, the undersigned counsel for Plaintiff apologizes to the Court and all counsel on this matter.

Counsel for Plaintiff and Defendants have conferred and approve the form of the proposed Final Judgment submitted to the Court concurrently with this Status Report. If counsel

are correct that the purpose of the Status Conference is to address the need for a final judgment, then counsel are hopeful that this Status Report and the concurrently-submitted proposed Final Judgment will be sufficient to allow for entry of a final judgment, and the Status Conference can be vacated.

If, however, the Court wishes to confer with the parties concerning the proposed Final Judgment, or any other matter, then the parties are prepared to appear at the Status Conference and they accept the Court's invitation to appear remotely. The parties respectfully request to appear via Zoom.

Respectfully submitted,

BRYAN CAVE LEIGHTON PAISNER LLP

By: */s/ Jonathan G. Fetterly*
Jonathan G. Fetterly
Email: jon.fetterly@bclplaw.com
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4070
Tel: (415) 675-3451

*Attorneys for Plaintiff Courthouse News Service*

NEW MEXICO DEPARTMENT OF JUSTICE

By: Mark W. Allen
        Mark W. Allen
        Erica Schiff
        Assistant Attorneys General
Post Office Drawer 1508 (87504-1508)
408 Galisteo St.
Santa Fe, NM 87501
Tel.: (505) 490-4060
Fax: (505) 490-4881
mallen@nmdoj.gov
eschiff@nmdoj.gov

*Attorneys for Defendants New Mexico Administrative Office of the*
*Courts, Director Arthur W. Pepin, New Mexico First Judicial District*
*Court Clerk's Office, and the First Judicial District Court Clerk*
*Kathleen Vigil*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 5, 2024, the foregoing pleading was filed electronically pursuant to CM/ECF procedures for the District of New Mexico, which caused counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

BRYAN CAVE LEIGHTON PAISNER LLP

By: */s/ Jonathan G. Fetterly*
      Jonathan G. Fetterly