IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

COURTHOUSE NEWS SERVICE,

          Plaintiff,

v.                                                             No. CIV 21-0710 JB/LF

NEW MEXICO ADMINISTRATIVE OFFICE OF THE COURTS; ADMINISTRATIVE OFFICE DIRECTOR ARTHUR W. PEPIN; NEW MEXICO FIRST JUDICIAL DISTRICT COURT CLERK'S OFFICE; and the FIRST JUDICIAL DISTRICT COURT CLERK KATHLEEN VIGIL

          Defendants.

## **FINAL JUDGMENT**

**THIS MATTER** comes before the Court on (1) the Stipulation for Dismissal With Prejudice filed December 18, 2023 (ECF 124) ("Stipulation for Dismissal"), and (2) the Consent Judgment between Courthouse News and AOC filed on January 16, 2024 (ECF. 126) ("Consent Judgement").

In the Stipulation for Dismissal, the parties stipulated to dismissal with prejudice of all claims against defendants Administrative Office Director Arthur W. Pepin ("Pepin"), the New Mexico First Judicial District Court Clerk's Office ("First Judicial District"), and the First Judicial District Court Clerk Kathleen Vigil ("Vigil") ("collectively, the "Dismissed Defendants"), with Plaintiff Courthouse News Service ("Courthouse News") and the Dismissed Defendants each bearing their own fees and costs.

The Consent Judgment sets forth the terms under which the New Mexico Administrative Office of the Courts ("AOC") has agreed to develop and implement an electronic queue

1

("Electronic-In-Box") through which non-confidential civil complaints shall be accessible upon receipt by the New Mexico state district courts on a publicly-accessible website maintained by the AOC to facilitate the resolution of the matter. Dkt. 126, ¶¶ 3, 4. The Consent Judgment reflects the parties' stipulation and agreement that all matters in controversy between them have been settled, and that the Consent Judgment is entered in furtherance of that settlement. The Consent Judgment disposes of all claims by Courthouse News, including Courthouse News' claim for declaratory and injunctive relief pursuant to 42 U.S.C. Section 1983, and Courthouse News' claim for attorneys' fees and costs pursuant to 42 U.S.C. Section 1988. ECF 126, at ¶ 5.

NOW THEREFORE, with no more parties, claims or issues presently before the Court, the Court hereby enters Final Judgment, pursuant to rule 58(a) of the Federal Rules of Civil Procedure, disposing of this case. *See* Fed. R. Civ. P. 58(a).

**IT IS ORDERED** that: (1) Courthouse News' Complaint is dismissed with prejudice as to Pepin, First Judicial District and Vigil, with each party to bear its/their own attorneys' fees and costs; (2) judgment shall be entered in favor of Courthouse News and against AOC pursuant to and consistent with the terms of the Consent Judgment; (3) the Court shall retain jurisdiction over this matter solely as may be required to enforce the parties' settlement or the Consent Judgment; and (4) Final Judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

**SUBMITTED BY:**

PEIFER, HANSON, MULLINS & BAKER, P.A.

By: */s/ Gregory P. Williams*
        Gregory P. Williams
P.O. Box 25245
Albuquerque, NM 87125-5245
Tel: (505) 247-4800
Email: gwilliams@peiferlaw.com

- and –

JACKSON WALKER L.L.P.

By: */s/ John K. Edwards*
        John K. Edwards
Texas Bar No. 24002040
Email: jedwards@jw.com
Charles L. Babcock
Texas Bar No. 01479500
Email: cbabcock@jw.com
1401 McKinney, Suite 1900
Houston, Texas 77010
Tel: (713) 752-4200

- and –

BRYAN CAVE LEIGHTON PAISNER LLP

By: */s/ Jonathan G. Fetterly*
        Jonathan G. Fetterly
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4070
Tel: (415) 675-3451
Email: jon.fetterly@bclplaw.com

*Attorneys for Plaintiff Courthouse News Service*

**APPROVED BY:**

NEW MEXICO DEPARTMENT OF JUSTICE

By: <u>*Mark W. Allen*</u>
      Mark W. Allen
      Erica Schiff
      Assistant Attorneys General
Post Office Drawer 1508 (87504-1508)
408 Galisteo St.
Santa Fe, NM 87501
Tel.: (505) 490-4060
Fax: (505) 490-4881
mallen@nmdoj.gov
eschiff@nmdoj.gov

*Attorneys for Defendants New Mexico Administrative Office of the Courts, Director Arthur W. Pepin, New Mexico First Judicial District Court Clerk's Office, and the First Judicial District Court Clerk Kathleen Vigil*